845 A.2d 133

NEW JERSEY DEPARTMENT OF TRANSPORTATION, PLAINTIFF–RESPONDENT, v. WESLEY K. BELL, DEFENDANT–PETITIONER.

March 25, 2004.

Denied.

845 A.2d 133

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DAVID S. SCHELLINGER, DEFENDANT–PETITIONER.

March 25, 2004.

Granted.